NUMBER 13-05-331-CV

 

                         COURT OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG  

                                                                                                                     


                        IN RE: GRACO CHILDREN=S PRODUCTS, INC. 

                                 AND NEWELL RUBBERMAID, INC.

                                                                                                                    

 

                             On Petition for Writ of Mandamus

                                                                                                                      

 

                               MEMORANDUM
OPINION                                    

 

                      Before
Justices Rodriguez, Castillo, and Garza

                                 Memorandum
Opinion Per Curiam

 

Relator,
Graco Children=s Products, Inc., and Newell Rubbermaid, Inc., filed
a petition for writ of mandamus in the above cause on May 18, 2005.  Pursuant to a request from this Court, the
real party in interest filed a response to the petition for writ of mandamus on
May 31, 2005.  Relator filed a reply
thereto on June 2, 2005.








The
Court, having examined and fully considered the petition for writ of mandamus, response,
and reply, is of the opinion that relator has not shown himself entitled to the
relief sought.  Accordingly, the stay of
the trial court proceedings is hereby ordered LIFTED.  The petition for writ of mandamus is
DENIED.  See Tex. R. App. P. 52.8(a).

 

PER CURIAM

 

 

Memorandum
Opinion delivered 

and filed this
the 16th day of June, 2005.